**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**ERIC TREMAINE WILLIAMS, #46589**                                        **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO.  3:07-cv-557-DPJ-JCS**

**MARK SHEPARD, et al.**                                                        **DEFENDANTS**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to

the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby,

dismissed without prejudice, pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL

PROCEDURE.

**SO ORDERED AND ADJUDGED** this the 8th day of January, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE